

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00830-CR

**EX PARTE** Cedric **NEAL**

From the County Court at Law, Kerr County, Texas
Trial Court No. CR180911
Honorable Susan Harris, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order denying appellant's pretrial application for writ of habeas corpus is AFFIRMED.

SIGNED May 6, 2020.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice